**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                    Plaintiff,

          v.                                           CR NO:  2:26-CR-00018-DJC

**BRITTON LEE SCHUTTE**

                    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                         ☐ Ad Testificandum

Name of Detainee:    Britton Lee Schutte

Detained at    California Health Care Facility

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment  ☐ Information  ☐ Complaint
                        charging detainee with:    18 U.S.C. § 2252(a) – Receipt of Child Pornography

    or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                              */s/ Jessica Delaney*
Printed Name & Phone No:        Jessica Delaney, 916-554-2785
Attorney of Record for:            United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum                         ☐ Ad Testificandum

        The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    March 2, 2026

                                        Honorable Chi Soo Kim
                                        U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if any) | N/A | ☒Male | ☐Female |
| Booking or CDC #: | BC4975 | DOB: | 02/03/1970 |
| Facility Address: | 7707 Austin Road, Stockton CA 95215 | Race: | White |
| Facility Phone: | 209-467-2500 | FBI#: | 839857WF3 |
| Currently Incarcerated | In custody at California Health Care Facility | | |

## RETURN OF SERVICE

Executed on:    _____

                        _____
                        (signature)