ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-00018 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BRITTON LEE SCHUTTE, | DATE: June 11, 2026 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 11, 2026.

2. By this stipulation, defendant now moves to continue the status conference until August 27, at 9:00 a.m., and to exclude time between June 11, 2026, and August 27, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, body worn camera footage, parole documentation, and other paper documentation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) In addition to the discovery which has been produced to defense counsel,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discovery in this case includes a digital extraction containing contraband, which has been made available for defense counsel to review in a government facility.

c)      Since the initial appearance, the parties have entered into a stipulated protective order.  The government has also extended a plea offer to the defendant, which expires in August 2026.

d)      This is the first request for a continuance in the case.

e)      Counsel for defendant desires additional time to consult with his client, review the current charge and discovery, conduct investigation and research related to the charge, discuss potential resolution with his client, explore the possibility of pretrial motions and prepare pretrial motions, and to otherwise prepare for trial.

f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      The government does not object to the continuance.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2026 to August 27, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 3, 2026                          ERIC GRANT
                                              United States Attorney


                                              /s/ JESSICA DELANEY
                                              JESSICA DELANEY
                                              Assistant United States Attorney


Dated:  June 3, 2026                          /s/ HOOTAN BAIGMOHAMMADI
                                              HOOTAN BAIGMOHAMMADI
                                              Counsel for Defendant
                                              BRITTON LEE SCHUTTE


                              **ORDER**

        IT IS SO FOUND AND ORDERED this 3rd day of June, 2026.


                                              /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE