ERIC GRANT
United States Attorney
JESSICA DELANEY
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRITTON LEE SCHUTTE,<br>Defendant. | CASE NO. 2:26-CR-0018-DJC<br><br>STIPULATION TO ADVANCE TRIAL CONFIRMATION HEARING; ORDER THEROF |

Defendant Britton Lee Schutte is set for trial on February 16, 2027, with a trial confirmation hearing scheduled for December 17, 2026. ECF 17. Due to a conflict with the government's schedule, the parties agree to advance the trial confirmation hearing one week to December 10, 2026. The briefing schedule and trial setting will otherwise remain the same.

IT IS SO STIPULATED.

Dated: November 10, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY SOKOLICH
JESSICA DELANY
KIMBERLY SOKOLICH
Assistant United States Attorney

Dated: November 10, 2026

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
BRITTON LEE SCHUTTE

**ORDER**

IT IS SO ORDERED that the Trial Confirmation Hearing is advanced to December 10, 2026, at 9:00 AM.

Dated: November 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE